**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00302-CV

### IN THE INTEREST OF D.W., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1043-W**

## ORDER

In his notice of appeal, appellant states he is appealing from the trial court's February 24, 2014 judgment terminating his parental rights to his children. The clerk's record does not contain that judgment. Accordingly, we **ORDER** Gary Fitzsimmons to file, **ON OR BEFORE APRIL 18, 2014**, a supplemental clerk's record containing either (1) the trial court's February 24, 2014 judgment or (2) written verification that no such judgment exists.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons and counsel for appellee and by first-class mail to appellant.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE